AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHARELL M. NEAL,

        Petitioner,

        v.                            JUDGMENT IN A CIVIL CASE

DOUG COLE,

        Respondent.             CASE NUMBER: CV-07-175-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent pursuant to the Order Denying Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody entered on March 11, 2009, Ct. Rec. 30.

| | |
|---|---|
| March 11, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |